IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>HRISHIKESH KARAMBELKAR,<br>*Defendant.* | Case No. 1:26-MJ-395 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Benjamin Mathis, being duly sworn, depose and state:

1. Your affiant, Benjamin Mathis, is a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the Washington Field Office ("WFO"). I have been a Special Agent since December 2021, during which time I have investigated criminal violations involving international terrorism, domestic terrorism, and crimes aboard aircraft. As a Special Agent, I am authorized by law to engage in or supervise the prevention, detection, investigation, or prosecution of violations of federal criminal laws. Since December 2021, I have been assigned to the WFO of the FBI, where I investigate violations of federal law that occur within the airport environment and onboard aircraft. I am familiar with the relevant federal statutes, including under Titles 18 and 49 of the United States Code, and have conducted numerous investigations into offenses that have occurred on aircraft, including assaults.

2. This Affidavit is submitted in support of a criminal complaint and an arrest warrant for HRISHIKESH KARAMBELKAR ("KARAMBELKAR"), who, within the special aircraft jurisdiction of the United States, knowingly engaged in sexual contact with another person without

that person's permission, in violation of Title 18, United States Code, Sections 2244(b) (Abusive Sexual Contact) and 113(a)(5) (Simple Assault), and Title 49, United States Code, Section 46506.

3. The facts set forth in this Affidavit are based on my personal observations, my training and experience, and information obtained from other law enforcement officers and witnesses. This Affidavit contains information necessary to support probable cause and is not intended to include every fact or matter observed by me or known to the United States.

**SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE**

4. The Metropolitan Washington Airports Authority Police Department ("MWAAPD") contacted the FBI regarding an alleged sexual assault that occurred onboard Jet Blue Flight 1348 ("JB1348") in the special aircraft jurisdiction of the United States, with nonstop service between San Jaun International Airport ("SJT") and Ronald Reagan Washington National Airport ("DCA") on June 7, 2026.

5. During the flight, the subject, later identified as KARAMBELKAR, who was seated in 18B, allegedly sexually assaulted the passenger sitting next to him. The victim (hereinafter "V-1") was seated in the window seat, 18A. V-1 reported that, while the flight was in the air, KARAMBELKAR grabbed V-1's breast without her permission.

6. During the flight, V-1attempted to sleep on the plane by placing V-1's tray table in the down position and resting V-1's head in V-1's hands. V-1 recalls the reading lights were off and the window shade was in the down position.

7. While attempting to sleep, V-1 felt KARAMBELKAR apply pressure to her right breast with his left arm. Initially, V-1 thought the touch was accidental and decided to move closer to the window to give the SUBJECT more room. After moving to provide the SUBJECT more space, however, V-1 felt KARAMBELKAR apply the same pressure again to her right breast. V-

1 then experienced a third unwanted physical contact as KARAMBELKAR used his hand to grab V-1's breast. V-1 could feel the "distinctive fingers on her right breast." V-1 estimates that these three instances occurred over a four-to-six-minute period.

8. V-1 confronted KARAMBELKAR and told him to "knock it off." According to V-1, KARAMBELKAR stated that touching was an accident and that he only touched V-1 because "you are so beautiful." When asked again by V-1 if the touching was an accident, KARAMBELKAR "shrugged and looked embarrassed with tears in his eyes" and replied "no, never."

9. After the unwanted physical contact, V-1 connected to the plane's WIFI and contacted V-1's partner and sibling. Over messaging apps, V-1 informed her partner and sibling about the inappropriate contact.

10. Following the messaging with V-1's partner and sibling, V-1 left seat 18A to inform the flight attendants about the unwanted physical contact. The flight attendants assisted V-1 and moved her to a new seat in the second row.

11. During an interview with the FBI, KARAMBELKAR denied any inappropriate or intentional physical contact with V-1 during the flight.

12. The passenger ("W-1") seated in seat 18C was interviewed by the FBI. W-1 did not visually observe the assault but did hear V-1 say "don't touch me" and "don't make this flight weird."

**CONCLUSION**

13. Based upon the foregoing, I submit there is probable cause to believe that on or about June 7, 2026, in the Eastern District of Virginia, the defendant, HRISHIKESH KARAMBELKAR, on an aircraft in the special aircraft jurisdiction of the United States, namely

Jet Blue flight 1348 flying nonstop from STJ to DCA, did commit abusive sexual contact and simple assault by knowingly engaging in sexual contact with another person without that person's permission, in violation of Title 18, United States Code, Sections 2244(b) and 113(a)(5) and Title 49, United States Code, Section 46506.

Respectfully submitted,

Benjamin Mathis
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on October 15, 2026.

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2026.10.15 16:01:43 -04'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia